IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:23-cv-00111-MR-WCM

| | |
|---|---|
| HUGO FABIAN PINACHO VAZQUEZ, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> PATRICK ELIJAH TRANTHAM, et al., ) <br> ) <br> Defendants. ) <br> _____ ) | **O R D E R** |

**THIS MATTER** is before the Court *sua sponte*.

On August 8, 2023, the Court entered an Order directing the Plaintiff to show good cause for his failure to effect service on the Defendants Western Surety Insurance Company and John Doe Defendants 1-3. [Doc. 14]. The Plaintiff responded to the Court's Order on August 22, 2023, advising that he previously served John Does 1-3 through their employer, the Jackson County Sheriff's Office. [Doc. 16]. In Order entered on September 25, 2023, the Court held that the Plaintiff's attempts at service on these Defendants were not effective. [Doc. 19]. The Court gave the Plaintiff sixty (60) additional days to identify and serve the John Doe Defendants. [Id.].

More than sixty (60) days have now passed, and there is nothing in the record to indicate that the John Doe Defendants have been identified or served. Accordingly, these Defendants are dismissed without prejudice.

**IT IS, THEREFORE, ORDERED** that the John Doe Defendants 1-3 are **DISMISSED WITHOUT PREJUDICE** from this action.

**IT IS FURTHER ORDERED** that, within **fourteen (14) days** of the entry of this Order, the parties who remain in this action shall conduct an initial attorneys' conference and file a report regarding such conference within **seven (7) days** thereafter.

**IT IS SO ORDERED.**

Signed: December 5, 2023

Martin Reidinger
Chief United States District Judge