IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:23-cv-00111-MR-WCM

| | |
|---|---|
| HUGO FABIAN PINACHO VAZQUEZ, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> PATRICK ELIJAH TRANTHAM, ) <br> *Individually and as agent for* ) <br> *Sylva Police Department*; ) <br> CHIP HALL, ) <br> *individually and in his official capacity* ) <br> *as former Sheriff of Jackson County*; ) <br> SYLVA POLICE DEPARTMENT; ) <br> CHRIS HATTON, ) <br> *Chief, individually and in* ) <br> *his official capacity as* ) <br> *Chief of Sylva Police Department*; ) <br> JACKSON COUNTY ) <br> SHERIFF'S OFFICE; ) <br> WESTERN SURETY INSURANCE ) <br> COMPANY, *Surety on official surety* ) <br> *bond of the Sheriff of Jackson County*; ) <br> ) <br> Defendants. ) <br> _____ ) | ORDER |

This matter is before the Court on the filing of a Joint Stipulation (Doc. 33) concerning the amount of expenses to be awarded to Defendants Chief Chris Hatton, individually and in his official capacity as Chief of the Sylva Police Department, and the Sylva Police Department (the "Town of Sylva Defendants") pursuant to the Court's Order dated July 10, 2024 (Doc. 32).

1

The undersigned finds the Joint Stipulation to be reasonable.

**IT IS THEREFORE ORDERED THAT:**

1. The Town of Sylva Defendants are **AWARDED** their reasonable expenses in connection with the Motion to Compel (Doc. 30) in the amount of $1,896.00. Plaintiff shall personally be responsible for paying this amount.

2. Plaintiff is **DIRECTED** to forward payment, as set out in the Joint Stipulation, no later than **August 23, 2024**.

Signed: July 30, 2024

W. Carleton Metcalf
United States Magistrate Judge